# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 159 | **DATE** | February 6, 2008 |
| **CASE TITLE** | United States ex rel. Willie Norwood (A-72676) v. Terry McCann | | |

**DOCKET ENTRY TEXT:**

Petitioner Willie Norwood has filed a petition for habeas corpus relief under 28 U.S.C. § 2254, but has neither paid the $5.00 filing fee, nor submitted an application to proceed *in forma pauperis*. The court grants him 30 days from the date of this order to either pay the $5.00 filing fee or submit an application for leave to proceed *in forma pauperis*. The clerk is directed to send to petitioner an application to proceed *in forma pauperis*. If the petitioner fails to comply within 30 days of the date of this order, the court may dismiss this action.

■ [**For further details see text below.**]

## STATEMENT

Petitioner Willie Norwood (A-72676) has filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254, challenging his 1984 conviction for rape and armed robbery. Although the clerk has accepted the petition for docketing pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, the petitioner has neither paid the $5.00 filing fee nor submitted an application for leave to proceed *in forma pauperis*. If the petitioner wishes to proceed with this action, he must either pay the $5.00 filing fee or, alternatively, file an *in forma pauperis* application complete with a certificate from a prison official stating the amount on deposit in the prisoner's trust account. The clerk is directed to send an *in forma pauperis* application to the petitioner. If he fails either to pay the filing fee or to file a fully completed application to proceed without prepayment of costs and fees within 30 days of the date of this order, the court may dismiss this action.

isk