## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 159 | **DATE** | 3/18/2008 |
| **CASE TITLE** | USA ex rel. Willie Norwood vs. Terry L. McCann | | |

**DOCKET ENTRY TEXT**

Pursuant to this Court's order of 2/6/2008, this lawsuit is dismissed without prejudice until the Petitioner pays the $5.00 filing fee or submits an application for leave to proceed in forma pauperis. Failure to pay said fee or submit the application within 30 days will result in a dismissal with prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

Case 1:08-cv-00159   Document 5   Filed 03/18/2008   Page 1 of 1

08C159 USA ex rel. Willie Norwood vs. Terry L. McCann                                          Page 1 of 1