3-25-08

Willie Norwood
A-72676
Stateville - STV
P.O. Box 112
Joliet, Illinois
60434

08 C 159
08cv 159

FILED
MAR 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Sir,

In answer to your letter from "3-18-2008". Within are paper's to show that, I sent to the court filing fee on "02-20-2008". And on "Feb 25, 2008", I received an receipt No. 189 14198, Cashier - Krysten. Here hoping that all is right now.

Thanking for your time.

These paper's will show that I sent, my filing fee in before the court order 30 day, was ran out.

Stateville Correctional Center Trust Fund
Post Office Box 112
Joliet, Illinois 60434

Vendor: 1204 Clerk US. District Court

| Description | Invoice # | Inv Date | Inmate | | Net Payable |
|---|---|---|---|---|---|
| filing fee case# 08-CV-159 | C0220025 | 02/20/2008 | A72676 Norwood, Willie | | 5.00 |
| | | | | Total: | 5.00 |

STAC 0254

**138875**
Check Date
02/20/2008

---

Mon Feb 25 16:06:19 2008

UNITED STATES DISTRICT COURT

CHICAGO , IL

Receipt No. 109 14198
Cashier krysten

Tender Type CHECK

Check Number: 138875

Transaction Type N

DO Code   Div No   Acct
4624      1        086900

Amount           $    5.00

NEW HABEAS 08CV159 WILLIE NORWOOD A
72676

201102 2/25/08


cn

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

Posting Document # C000005

Offender Name: Willie Harwood   ID# A-72676   Date: 2/16/08   Housing Unit: C-254

Pay to: Clerk of The US District Court, United States Court House

Address: 219 South Dearborn Street

City, State, Zip: Chicago, Illinois 60604

The sum of $ 5 ___ dollars and 00 cents charged to my trust fund account, for the purpose of Filing Fee (case # 08C159)

[X] I hereby authorize payment of postage for the attached mail.
[ ] I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature: [signature]   ID# A-72676

Witness Signature: [signature]

[X] Approved  [ ] Not Approved   Chief Administrative Officer Signature: [signature]

Postage applied in the amount of ___ dollars and ___ cents.

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 628)

Printed on Recycled Paper

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 159 | DATE | 3/18/2008 |
| CASE TITLE | USA ex rel. Willie Norwood vs. Terry L. McCann | | |

**DOCKET ENTRY TEXT**

Pursuant to this Court's order of 2/6/2008, this lawsuit is dismissed without prejudice until the Petitioner pays the $5.00 filing fee or submits an application for leave to proceed in forma pauperis. Failure to pay said fee or submit the application within 30 days will result in a dismissal with prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|