3-22-08     BR

**FILED**

MAR 2 7 2008

Mar 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Willie Norwood
A-72616
Stateville - STV
P.O. Box 112
Joliet, Illinois
60434-0112

TO: CLERK

08 C 159

Within this letter are paper's that will show, that I had filing fee. Sent in before "3-06-08". Also within this letter is an copy of the receipt from 2-25-08. Would you, please let know just what is wrong. Also here is an copy of check number and date, it was sent out on page-2.

Hoping to hear that you have clear this up. Thanking you for your time.

| | | | | | |
|---|---|---|---|---|---|
| Stateville Correctional Center Trust Fund<br>Post Office Box 112<br>Joliet, Illinois 60434 | | | | | **138875**<br>Check Date<br>02/20/2008 |
| Vendor: 1204 Clerk US. District Court | | | | | |
| Description | Invoice # | Inv Date | Inmate | | Net Payable |
| filing fee case# 08-CV-159 | C0220025 | 02/20/2008 | A72676 Norwood, Willie | | 5.00 |
| | | | | Total: | 5.00 |

```
Mon Feb 25 16:06:19 2008

    UNITED STATES DISTRICT COURT
    CHICAGO        , IL
Receipt No.    109 14198
Cashier        krysten

Tender Type   CHECK

Check Number: 138875

Transaction Type   N

DO Code    Div No      Acct
  4624        1       086900

Amount          $      5.00

  NEW HABEAS 08CV159 WILLIE NORWOOD A
72676

  201102 2/25/08




                cn
```

Case 1:08-cv-00159   Document 5   Filed 03/18/2008   Page 1 of 1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 159 | DATE | 3/18/2008 |
| CASE TITLE | USA ex rel. Willie Norwood vs. Terry L. McCann | | |

**DOCKET ENTRY TEXT**

Pursuant to this Court's order of 2/6/2008, this lawsuit is dismissed without prejudice until the Petitioner pays the $5.00 filing fee or submits an application for leave to proceed in forma pauperis. Failure to pay said fee or submit the application within 30 days will result in a dismissal with prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

08C159 USA ex rel. Willie Norwood vs. Terry L. McCann

Page 1 of 1

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

Posting Document # C000025    Date 2/16/08

Offender Name Willie Norwood    ID# A-72676    Housing Unit C-254

Pay to CLERK OF THE U.S District court, United states court House

Address 219 South Dearborn Street    (case #. 08C159)

City, State, Zip Chicago, Illinois 60604

The sum of $5 dollars and 00 cents charged to my trust fund account, for the purpose of Filing Fee

[X] I hereby authorize payment of postage for the attached mail.  [ ] I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature Willie Norwood    ID# A-72676

Witness Signature

[X] Approved  [ ] Not Approved    Chief Administrative Officer Signature  Terry McCann

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 628)

13.8875
2-20-08