## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 159 | **DATE** | April 2, 2008 |
| **CASE TITLE** | United States ex rel. Willie Norwood (A-72676) v. Terry McCann | | |

**DOCKET ENTRY TEXT:**

Petitioner Willie Norwood has paid the $5.00 filing fee [6] for his petition for habeas corpus relief. Respondent is ordered to answer or otherwise plead to the petition within thirty days of the date this order is entered on the clerk's docket.

■ [**For further details see text below.**]

### STATEMENT

Petitioner Willie Norwood (A-72676) has filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254, in which he challenges his 1984 conviction for rape, armed robbery, and home invasion. Having paid the $5.00 filing fee in accordance with this Court's February 6, 2008 and March 18, 2008 orders, petitioner may proceed with his petition.

Respondent is ordered to answer or otherwise plead to the petition within thirty days of the date this order is entered on the clerk's docket.

Petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. In addition, petitioner must send an exact copy of any filing to Chief, Criminal Appeals Division, Office of the Attorney General, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. The original paper filed with the Prisoner Correspondent must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the court or returned to the petitioner.

isk