IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ) <br> WILLIE NORWOOD, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> ) <br> TERRY MCCANN, Warden, ) <br> ) <br> Respondent. ) | <br><br><br><br><br><br>No. 08 C 0159<br><br><br>The Honorable<br>Ruben Castillo,<br>Judge Presiding. |

---

## MOTION FOR EXTENSION OF TIME

Respondent Terry McCann, through his attorney, Lisa Madigan, Attorney General of Illinois, hereby moves this Court for a thirty (30) day extension of time to answer or otherwise plead to the above-captioned petition for writ of habeas corpus, from May 3, 2008, to and including June 3, 2008.

An affidavit in support of this motion is attached hereto.

April 28, 2008                    Respectfully submitted,

                                  LISA MADIGAN
                                  Attorney General of Illinois

                        By:       /s/ Karl R. Triebel
                                  KARL R. TRIEBEL, Bar # 6285222
                                  Assistant Attorney General
                                  100 W. Randolph St., 12th Floor
                                  Chicago, Il. 60601-3218
                                  TELEPHONE: (312) 814-2391
                                  FAX: (312) 814-2253
                                  EMAIL: ktriebel@atg.state.il.us

State of Illinois    )
                     ) ss.
County of Cook       )

## A F F I D A V I T

KARL R. TRIEBEL, being first duly sworn upon oath, deposes and states as follows:

1. That I am the Assistant Illinois Attorney General assigned to handle this matter.

2. That respondent's response to the instant federal habeas corpus petition is currently due to be filed on or before May 3, 2008.

3. That I have ordered, but not received, the state court documents needed to show whether the instant petition was timely filed. Thus, despite due diligence, your affiant will be unable to file a response on behalf of respondent by March 21, 2008.

4. That this is respondent's first request for an extension of time.

5. That this motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

6. That respondent respectfully request that this Honorable Court grant his thirty (30) day motion for an extension of time to and including June 3, 2008, within which to file his answer or otherwise plead to the instant petition for writ of habeas corpus.

FURTHER AFFIANT SAYETH NOT.

/s/ Karl R. Triebel_____
Karl R. Triebel

## NOTICE OF ELECTRONIC FILING

      PLEASE TAKE NOTICE that on April 28, 2008, respondent submitted this **Motion for Extension of Time** for electronic filing and uploading to the CM/ECF system. A copy of this document was mailed by the United States Postal Services to the following non-CM/ECF users:

Willie Norwood, #A72676,
Stateville Correctional Center,
P.O. Box 112
Joliet, Il 60434

                            LISA MADIGAN
                            Attorney General of Illinois

By:   /s/ Karl R. Triebel
        KARL R. TRIEBEL, Bar # 6285222
        Assistant Attorney General
        100 W. Randolph St., 12th Floor
        Chicago, Il. 60601-3218
        TELEPHONE: (312) 814-2391
        FAX: (312) 814-2253
        EMAIL: ktriebel@atg.state.il.us