IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. WILLIE NORWOOD, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) ) | No. 08 C 0159 |
| TERRY MCCANN, Warden, | ) ) | The Honorable Ruben Castillo, |
| Respondent. | ) | Judge Presiding. |

### **NOTICE OF MOTION**

To: Willie Norwood, #A72676,
 Stateville Correctional Center,
 P.O. Box 112
 Joliet, Il 60434

    Please be advised that, on Wednesday, May 7, 2008, at 9:45 a.m., in the appropriate courtroom, a hearing is scheduled on respondent's attached MOTION FOR EXTENSION OF TIME.

                                  LISA MADIGAN
                                  Attorney General of Illinois

By:   /s/ Karl R. Triebel
             KARL R. TRIEBEL, Bar # 6285222
             Assistant Attorney General
             100 W. Randolph St., 12th Floor
             Chicago, Il. 60601-3218
             TELEPHONE: (312) 814-2391
             FAX: (312) 814-2253
             EMAIL: ktriebel@atg.state.il.us