**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Willie Norwood
                           Plaintiff,

v.                                                  Case No.: 1:08−cv−00159
                                                   Honorable Ruben Castillo

Terry L. McCann
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 2, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Respondent's motion for extension of time [12] is granted. Respondent to answer or otherwise plead to the petition for writ of habeas corpus on or before 6/3/2008. Petitioner's reply, if any, will be due on or before 6/20/2008. The Court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.