```
              IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS         Page 001

   PEOPLE OF THE STATE OF ILLINOIS

                            VS              NUMBER 83C00607601

   WILLIE      NORWOOD

              CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
 and keeper of the records and seal thereof do hereby certify that the
 electronic records of the Circuit Court of Cook County show that:

 The States Attorney of Cook County filed an INDICTMENT/INFORMATION
 with the Clerk of the Circuit Court.

 Charging the above named defendant with:

    38-11-1-A                         F     RAPE
    38-18-2-A                         F     ARMED ROBBERY
    38-12-4-A                         F     AGG BATTERY
    38-12-4-B(1)                      F     AGG BATTERY
    38-10-3-A                         F     UNLAWFUL RESTRAINT
    38-12-11-A(1)                     F     HOME INVASION
    38-12-11-A(2)                     F     HOME INVASION
    38-19-3                           F     RESIDENTIAL BURGLARY
    38-19-3                           F     RESIDENTIAL BURGLARY
    38-19-3                           F     RESIDENTIAL BURGLARY
 The following disposition(s) was/were rendered before the Honorable Judge(s):


 06/21/83 IND/INFO-CLK OFFICE-PRES JUDGE            06/22/83  1701
      FITZGERALD, RICHARD J.
 06/28/83 PUBLIC DEFENDER APPOINTED
      FITZGERALD, RICHARD J.
 06/28/83 DEFENDANT ARRAIGNED
      FITZGERALD, RICHARD J.
 06/28/83 CASE ASSIGNED                             06/28/83  1729
      FITZGERALD, RICHARD J.
 06/28/83 CONTINUANCE BY AGREEMENT                  07/28/83
      SKLODOWSKI, ROBERT L.
 07/28/83 CONTINUANCE BY AGREEMENT                  08/23/83
      LOWERY, DONALD W.
 08/23/83 CONTINUANCE BY AGREEMENT                  09/23/83
      SKLODOWSKI, ROBERT L.
 09/23/83 CONTINUANCE BY AGREEMENT                  10/25/83
      SKLODOWSKI, ROBERT L.
 10/25/83 CONTINUANCE BY AGREEMENT                  11/30/83
      SKLODOWSKI, ROBERT L.
 11/30/83 CONTINUANCE BY AGREEMENT                  01/10/84
      SKLODOWSKI, ROBERT L.
```

EXHIBIT A

```
              IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 002

     PEOPLE OF THE STATE OF ILLINOIS

                         VS                    NUMBER 83C00607601

     WILLIE       NORWOOD

              CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
01/10/84 CONTINUANCE BY AGREEMENT                  02/10/84
     SKLODOWSKI, ROBERT L.
02/10/84 PRE-TRIAL INVESTIGATION ORDRD             03/19/84 1729
     SKLODOWSKI, ROBERT L.
03/13/84 CASE ADVANCED                             03/13/84 1729
     SKLODOWSKI, ROBERT L.
03/13/84 MOTION DEFT - CONTINUANCE - MD            04/04/84
     SKLODOWSKI, ROBERT L.
03/19/84 CONTINUANCE BY ORDER OF COURT             04/04/84
     SKLODOWSKI, ROBERT L.
04/04/84 CONTINUANCE BY AGREEMENT                  04/30/84
     SKLODOWSKI, ROBERT L.
04/30/84 MOTION DEFT - CONTINUANCE - MD            05/15/84
     SKLODOWSKI, ROBERT L.
05/15/84 MOTION DEFT - CONTINUANCE - MD            06/11/84
     SKLODOWSKI, ROBERT L.
05/31/84 CHANGE PRIORITY STATUS              P
     SKLODOWSKI, ROBERT L.
05/31/84 CONTINUANCE BY ORDER OF COURT             06/11/84
     SKLODOWSKI, ROBERT L.
06/11/84 CONTINUANCE BY AGREEMENT                  06/15/84
     SKLODOWSKI, ROBERT L.
06/15/84 CONTINUANCE BY AGREEMENT                  06/22/84
     SKLODOWSKI, ROBERT L.
06/22/84 DEF DEMAND FOR TRIAL
     SKLODOWSKI, ROBERT L.
06/22/84 NOLLE PROSEQUI                      C003
     SKLODOWSKI, ROBERT L.
06/22/84 NOLLE PROSEQUI                      C004
     SKLODOWSKI, ROBERT L.
06/22/84 NOLLE PROSEQUI                      C005
     SKLODOWSKI, ROBERT L.
06/22/84 NOLLE PROSEQUI                      C008
     SKLODOWSKI, ROBERT L.
06/22/84 NOLLE PROSEQUI                      C009
     SKLODOWSKI, ROBERT L.
06/22/84 NOLLE PROSEQUI                      C010
     SKLODOWSKI, ROBERT L.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 003

PEOPLE OF THE STATE OF ILLINOIS

                VS                NUMBER 83C00607601

WILLIE       NORWOOD

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
06/22/84 CONTINUED JURY TRIAL                    06/25/84
     SKLODOWSKI, ROBERT L.
06/25/84 CONTINUED JURY TRIAL                    06/26/84
     SKLODOWSKI, ROBERT L.
06/26/84 WITNESSES ORDERED TO APPEAR             06/27/84 1729
     SKLODOWSKI, ROBERT L.
06/27/84 CHANGE PRIORITY STATUS           M
     SKLODOWSKI, ROBERT L.
06/27/84 VERDICT OF GUILTY                C001
     SKLODOWSKI, ROBERT L.
06/27/84 VERDICT OF GUILTY                C002
     SKLODOWSKI, ROBERT L.
06/27/84 VERDICT OF GUILTY                C006
     SKLODOWSKI, ROBERT L.
06/27/84 NO ORDER ON COUNT                C007
     SKLODOWSKI, ROBERT L.
06/27/84 BAIL REVOKED
     SKLODOWSKI, ROBERT L.
06/27/84 PRE-SENT INVEST. ORD, CONTD TO          07/18/84 1729
     SKLODOWSKI, ROBERT L.
07/18/84 CONTINUANCE BY AGREEMENT                08/08/84
     SKLODOWSKI, ROBERT L.
08/08/84 CONTINUANCE BY ORDER OF COURT           08/09/84
     SKLODOWSKI, ROBERT L.
08/09/84 DEF SENT TO LIFE IMPRISONMENT    C001
     LIFE INPRISONMENT
     SKLODOWSKI, ROBERT L.
08/09/84 DEF SENT TO LIFE IMPRISONMENT    C002
     LIFE INPRISONMENT
     SKLODOWSKI, ROBERT L.
08/09/84 DEF SENT TO LIFE IMPRISONMENT    C006
     LIFE INPRISONMENT
     SKLODOWSKI, ROBERT L.
08/09/84 LET MITTIMUS ISSUE/MITT TO ISS
     SKLODOWSKI, ROBERT L.
08/15/84 NOTICE OF APPEAL FILED, TRNSFR
     FITZGERALD, RICHARD J.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS            Page 004

PEOPLE OF THE STATE OF ILLINOIS

                VS                NUMBER 83C00607601

WILLIE      NORWOOD

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
```
02/13/85 SPECIAL ORDER
         MOT.FOR COMMON LAW RECORD DENIEC
         SKLODOWSKI, ROBERT L.
01/31/86 REVIEW COURT AFFIRMANCE
         FITZGERALD, RICHARD J.
01/06/05 SPECIAL ORDER                            00/00/00 F      2
         APPT OF COUNSEL & RELIEF OF JUDGEMENT.
01/06/05 HEARING DATE ASSIGNED                    01/11/05 1729
01/11/05 CONTINUANCE BY ORDER OF COURT            02/04/05
         KAZMIERSKI, JOSEPH G. JR.
02/04/05 POST-CONV PETITION DENIED                00/00/00
         KAZMIERSKI, JOSEPH G. JR.
07/08/05 M/D PETN FOR TRNSCT,COMLAW RCD           00/00/00 F      2
07/08/05 MOTION FOR WRIT OF HABEAS CORP           00/00/00 F      2
07/08/05 HEARING DATE ASSIGNED                    07/13/05 1729
07/13/05 DEFENDANT IN CUSTODY                     00/00/00
         KAZMIERSKI, JOSEPH G. JR.
07/13/05 CONTINUANCE BY ORDER OF COURT            07/15/05
         KAZMIERSKI, JOSEPH G. JR.
07/15/05 DEFENDANT IN CUSTODY                     00/00/00
         KAZMIERSKI, JOSEPH G. JR.
07/15/05 MOTION FOR WRIT OF HABEAS CORP           00/00/00 D      2
         KAZMIERSKI, JOSEPH G. JR.
07/15/05 M/D PETN FOR TRNSCT,COMLAW RCD           00/00/00 D      2
         KAZMIERSKI, JOSEPH G. JR.
08/11/05 NOTICE OF APPEAL FILED, TRNSFR           00/00/00
08/16/05 NOTICE OF NOTICE OF APP MAILED           00/00/00
08/16/05 HEARING DATE ASSIGNED                    08/19/05 1713
08/19/05 PUBLIC DEF APPTD FOR APPEAL              00/00/00
         BIEBEL, PAUL JR.
08/19/05 O/C FREE REPT OF PROCD ORD N/C           00/00/00
         BIEBEL, PAUL JR.
08/19/05 MEMO OF ORDS & NOA PICKED-UP             00/00/00
         BIEBEL, PAUL JR.
09/30/05 REPT OF PRCDS ORD FR CRT RPT             00/00/00
11/29/05 COMMON LAW RECORD PREPARED               00/00/00
         (01)VOL CLR PREPARED
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 005

PEOPLE OF THE STATE OF ILLINOIS

                VS               NUMBER 83C00607601

WILLIE      NORWOOD

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
12/06/05 APPELLATE COURT NUMBER ASGND          00/00/00  05-2682
01/12/06 CLR RECD BY APP COUNSEL               00/00/00
         PUBLIC DEFENDER - ONE VOLUME
01/12/06 REPT OF PRCDS ORD FR CRT RPT          00/00/00
02/10/06 SUPP TRAN PRO REC/FILE CLK OFF        00/00/00
         ONE VOLUME
02/14/06 SUPPL REPORT OF PRCD PREPARED         00/00/00
         (1)VOL
04/06/06 SUPPL REC RECD BY APPL COUNSEL        00/00/00
         PUBLIC DEFENDER - ONE VOLUME
04/20/06 REPORT OF PROCEEDINGS PREPARED        00/00/00
         REPORT OF PROCEEDINGS (1)VOL
04/27/06 REPRT/PROCDS RECD BY APP ATTRY        00/00/00
         PUBLIC DEFENDER - ONE VOLUME
06/02/06 SUPPLEMENTAL CLR PREPARED             00/00/00
         (01)VOLUME SUPPLEMENTAL CLR PREPARED
06/06/06 SUPPL REC RECD BY APPL COUNSEL        00/00/00
         PUBLIC DEFENDER - ONE VOLUME
06/06/06 SUPPL REC RECD BY APPL COUNSEL        00/00/00
         PUBLIC DEFENDER - ONE VOLUME
05/14/07 MANDATE FILED                         05/21/07 1701
         05-0519
05/21/07 SPECIAL ORDER                         00/00/00
         AFFIRMED
         BIEBEL, PAUL JR.
```



I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 04/10/08

_____
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY