**NOTICE**
The text of this order may be changed or corrected prior to the time for filing of a Petition for Rehearing or the disposition of the same.

RECEIVED
6 NOV 13 P3:30
APPEALS DIVISION
COOK COUNTY
PUBLIC DEFENDER

FIRST DIVISION
November 13, 2006

Nos. 1-05-0519 & 1-05-2682, Consolidated

IN THE APPELLATE COURT OF ILLINOIS
FIRST JUDICIAL DISTRICT

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, | ) | Appeal from the Circuit Court of Cook County. |
| Plaintiff-Appellee, | ) | |
| v. | ) | No. 83 C 6076 |
| WILLIE NORWOOD, | ) | The Honorable Joseph S. Kazmierski, |
| Defendant-Appellant. | ) | Judge Presiding. |

### ORDER

Following a jury trial in 1984, defendant Willie Norwood was convicted of rape, armed robbery and home invasion. Defendant was sentenced to natural life imprisonment as a habitual offender. Defendant filed a *pro se* petition for relief from judgment that was denied. Defendant subsequently filed a "Petition for State Habeas Corpus," that was also denied. Defendant timely appealed the dismissal of both petitions, which were consolidated on appeal.

The Office of the Public Defender, which represents defendant on appeal, has filed a motion for leave to withdraw as appellate counsel. A memorandum in support of the motion has

EXHIBIT B

1-05-0519 & 1-05-2682, Cons.

been submitted under Pennsylvania v. Finley, 481 U.S. 551, 95 L. Ed. 2d 539, 107 S. Ct. 1990 (1987), in which it stated that an appeal of this cause would lack merit. Copies of the brief and motion were sent to defendant and he was advised that he might submit any points in support of his appeal. Defendant has filed a response, primarily contending that his life sentence is unconstitutional.

We have carefully reviewed the record in this case, the aforesaid motion and defendant's response in compliance with the mandate of the Finley decision and agree with counsel's assessment. The motion of the Office of the Public Defender for leave to withdraw as counsel is allowed.

The judgment of the circuit court of Cook County is affirmed.

Affirmed.

R. CAHILL, J., with M.S. McBRIDE, P.J., and R.E. GORDON, J., concurring.