103994

**SUPREME COURT OF ILLINOIS
CLERK OF THE COURT**
SUPREME COURT BUILDING
SPRINGFIELD, ILLINOIS 62701
(217) 782-2035

March 28, 2007

Hon. Lisa Madigan
Attorney General, Criminal Appeals Div.
100 West Randolph St., 12th Floor
Chicago, IL 60601

No. 103994 - People State of Illinois, respondent, v. Willie
Norwood, petitioner. Leave to appeal, Appellate
Court, First District.

    The Supreme Court today DENIED the petition for leave to appeal in the above entitled cause.

    The mandate of this Court will issue to the Appellate Court on May 3, 2007.

EXHIBIT D