UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. WILLIE NORWOOD, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 159 |
| TERRY MCCANN, Warden, | ) ) | The Honorable Ruben Castillo, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To:  Willie Norwood, A72676
   Stateville Correctional Center
   Route 53
   P.O. Box 112
   Joliet, Il 60434

   Please be advised that, on Wednesday, June 11, 2008, at 9:45 a.m., in the appropriate courtroom, a hearing is scheduled on respondent's attached MOTION TO DISMISS.  Further, respondent recommends that the Court adopt the attached proposed scheduling order for your response.

                    LISA MADIGAN
                    Attorney General of Illinois

      By:   /s/ Karl R. Triebel
            KARL R. TRIEBEL, Bar # 6285222
            Assistant Attorney General
            100 W. Randolph St., 12th Floor
            Chicago, Il. 60601-3218
            TELEPHONE: (312) 814-2391
            FAX: (312) 814-2253
            EMAIL: ktriebel@atg.state.il.us

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. WILLIE NORWOOD, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 159 |
| TERRY MCCANN, Warden, | ) ) | The Honorable Ruben Castillo, |
| Respondent. | ) | Judge Presiding. |

## PROPOSED SCHEDULING ORDER

1. Respondent having filed a motion to dismiss;

2. Petitioner is hereby ordered to file a response, if any, to respondent's motion within 30 days of the filing of this order; and

3. Respondent shall file a reply, if necessary, within 30 days thereafter.

ENTER:

_____
Ruben Castillo,
Judge, United States District Court

KARL R. TRIEBEL, Bar # 6285222
Assistant Attorney General
100 W. Randolph St., 12th Floor
Chicago, Il. 60601-3218
TELEPHONE: (312) 814-2391
FAX: (312) 814-2253
EMAIL: ktriebel@atg.state.il.us