## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 159 | **DATE** | 6/11/2008 |
| **CASE TITLE** | USA ex rel. Willie Norwood vs. Terry L. McCann | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 6/11/2008. Respondent's motion to dismiss petitioner's §2254 petition [15] is granted. Petitioner's petition for writ of habeas corpus is dismissed without prejudice. Petitioner will be given until 7/3/2008 to file a motion to reconsider. If the court does not receive any filings by Mr. Norwood by 7/3/2008, the dismissal will be converted to a dismissal with prejudice.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|