IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MHW

| | |
|---|---|
| Willie Norwood ) | |
| ) | |
| Plaintiff, ) | |
| ) | FILED |
| ) | |
| -vs- ) | Case No. 08 C 159 |
| ) | JUN 27 2008 |
| ) | 6-27-2008 |
| Terry Mc Cann ) | Honorable | MICHAEL W. DOBBINS |
| Warden ) | Ruben Castillo | CLERK, U.S. DISTRICT COURT |
| Defendant, ) | Judge Presiding | |
| ) | |

NOTICE OF FILING

TO: Clerk Office                    Lisa Madigan
    U.S. District Court             Attorney General Office
    219 South Dearborn St.          100 West Randolph St
    Chicago, Ill 60604              Chicago, Ill 60601

    PLEASE BE ADVISED THAT I shall file with the Clerk of the Court of the U.S. States District on June 23, 2008, A Motion for an Extention to file a Response to the State Reply. In the above entitled cause this certifies that I have served the above names with the required copies of the above Motion, by enclosing in the same envelopes in a mailroom here at Stateville Correctional Center, Joliet, Illinois 60434 on June 23, 2008.

                                                              Willie Norwood

CERTIFICATE OF SERVICE

I Willie Norwood, swear under penalty of perjury that I served a copy of the attached motion on Lisa Madigan by placing it in the mail at the Stateville Correctional Center on June 23, 2008.

                                                              Willie Norwood

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| Willie Norwood </br></br>Plaintiff, </br></br>-vs- </br></br>Terry Mc Cann </br>Warden </br>Defendant, | Case No. 08 C 159. </br></br>Honorable </br>Ruben Castillo </br>Judge Presiding. |

**FILED** JUN 2 7 2008  6-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR AN EXTENTION TO FILE A REPLY TO ATTORNEY RESPONSE

Now comes the Plaintiff, Willie Norwood, Pro se through himself respectfully moves this Honorable Court to grant his Motion for an Extenion to file a reply to the Attorney General Response. In support thereof, the plaintiff states the following:

1. That the Plaintiff file a Habeas Corpus Petition before This Honorable Court on January 8, 2008

2. That the Attorney Generally filed their Response on June 2, 2008.

3. That this Honorable Court gave the Plaintiff a date of July 3, 2008, to file a Reply to the Attorney General Response.

4. That due to a recent lockdown, the Plaintiff is unable to file a Reply by hhat July 3rd, 2008 date.

5. That the Plaintiff is asking this Honorable Court for an Extention to file his Reply. The Plaintiff is asking for two month date.

6. That the Plaintiff ask for a date of September 3, 2008 to file his Reply to the Attorney General Response, or whatever this Honorable Court deems fair.

I Willie Norwood, swear under penalty of perjury that everything I states in this Motion is true and correct.

Willie Norwood