IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

M HW

| | |
|---|---|
| Willie Norwood | ) |
| | ) |
| Respondent-Plaintiff, | ) |
| | ) |
| | ) |
| -vs- | ) Case No. 08 C 159. |
| | ) |
| | ) |
| Terry Mc Cann | ) Honorable |
| Warden | ) Ruben Castillo |
| Petitioner-Defendant, | ) Judge Presiding. |
| | ) |

**FILED** law

AUG 2 8 2008
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF FILING
AND
PROOF OF SERVICE

TO: Clerk Office of the Court          Lisa Madigan
    U.S. District Court                Attorney General Office
    219 South Dearborn St.             100 West Randolph St.
    Chicago, Illinois 60604            Chicago, Illinois 60601

   PLEASE BE ADVISED THAT I shall file with the Clerk of the Court of
the U.S. States District on August18, 2008, A Motion for an Extention to
file a Response to the State Reply. In the entitled cause this certifies
that I have served the above names with the required copies of the above
motion, by enclosing in the same envelopes in a mailroom here at Stateville
Correctional Center, Joliet, Illinois 60434 of August 18, 2008.

Willie Norwood
Willie Norwood

CERTIFICATE OF SERVICE

   I Willie Norwod, swear under penalty of perjury that I served a copy
of the attached Motion on Lisa Madigan by placing it in the mailroom here
at Stateville Correctional Center. on August 18, 2008.

Willie Norwood
Willie Norwood

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| Willie Norwood | ) | |
| | ) | |
| Respondent-Plaintiff, | ) | |
| | ) | |
| | ) | |
| -vs- | ) | Case No. 08 C 159. |
| | ) | |
| | ) | |
| Terry Mc Cann | ) | Honorable |
| Warden | ) | Ruben Castillo |
| Petitioner-Defendant, | ) | Judge Presiding. |
| | ) | |

**FILED**

AUG 2 8 2008
AUG 28 2008
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

### MOTION FOR EXTENTION TO FILE A REPLY TO ATTORNEY GENERAL RESPONSE TO PETITION

Now comes the Respondent-Plaintiff, Willie Norwood, Pro se through himself respectfully moves this Honorable Court to grant his Motion for an Extention to file a Reply to the Attorney General Response. In Support the Respondent-Plaintiff, states the following:

1. That the Plaintiff, file a Federal Habeas Corpus Petition before this Honorable Court on January 8, 2008.

2. That the Attorney General filed their Response on june 2, 2008.

3. That this Honorable Court gave the Plaintiff a date of July 3, 2008, to file a Reply to the Attorney General Response.

4. That due to the Major Lockdown (all of July and half of the month of August) the Plaintiff finds it impossible to fully and adequately research his issues he raised in his Federal Habeas Corpus Petition prior to his September 3rd deadline.

5. That the Plaintiff is asking this Honorable Court for an Extention to find his Reply. The Plaintiff is asking for a two months date.

6. That the Plaintiff ask for a November 3rd of 2008 to file his Reply to the Attorney General's Response, or Whatever this Honorable Court deems fair.

I, Willie Norwood, swear under penalty of perjury that everything I

states in this Motion is true and correct under 28 U.S.C. 1746, 18 U.S.C.
1621, I further declare and affirm that the contents of the foregoing doc-
uments are known to me are accurate to the best of my knowledge and belief.

Willie Norwood

**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727 -3607 / TDD: (800) 526-0844

To:    A72676 Willie Norwood

From:  David Mansfield
       Correctional Counselor II

Date:  August 13, 2008

RE:    2008 Lockdown Dates

The facility was on lockdown during the dates listed below:

January 13 through February 9

February 15 through February 25

February 28 through February 29

March 20 through April 18

April 24 through April 25

May 15 through May 17

June 15 through June 19

June 27 through August 6

August 12 through present